**COM.**

**v.**

**HOWARD, R.**

**346 EDA 2016**

Superior Court of Pennsylvania.

06/16/2017

CP–51–CR–0010746–2011, CP–51–CR–001745–2011 (Philadelphia)

Affirmed

**COM.**

**v.**

**RAMIREZ, D.**

**1072 MDA 2016**

Superior Court of Pennsylvania.

06/16/2017

CP–06–CR–0002682–2015 (Berks)

Affirmed

**COM.**

**v.**

**DELGADO–MELENDEZ, A., Sr.**

**1073 MDA 2016**

Superior Court of Pennsylvania.

06/16/2017

CP–06–CR–0002664–2015 (Berks)

Affirmed

**COM.**

**v.**

**MOJICA–CARRION, L.**

**1197 MDA 2016**

Superior Court of Pennsylvania.

06/16/2017

CP–06–CR–0005210–2013 (Berks)

Affirmed

**COM.**

**v.**

**BROWN, O.**

**1264 MDA 2016**

Superior Court of Pennsylvania.

06/16/2017

CP–22–CR–0001548–2015 (Dauphin)

Reversed

